# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Regina Hogan,

    Plaintiff,

        v.                                Case No.   1:19cv487

PNK (Ohio), LLC, *et al.*,                  Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on February 7, 2020 (Doc. 22).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 22) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 22) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, Defendants' Motion to Dismiss (Doc. 10) the original Complaint (Doc. 1) is **DENIED** as **MOOT**.

**IT IS SO ORDERED.**

                                       /s/ *Michael R. Barrett*
                                     Michael R. Barrett, Judge
                                     United States District Court